MICHELE BECKWITH
Acting United States Attorney
NICHOLAS M. FOGG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:21-CR-00228 TLN |
|---|---|
| Plaintiff, | STIPULATION REGARDING CONTINUANCE OF ADMIT/DENY HEARING; FINDINGS AND ORDER |
| v. | |
| D'ANTONIE THOMAS, | DATE: MAY 15, 2025<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for admit/deny hearing on May 15, 2025.

2. By this stipulation, defendant now moves to continue the admit/deny hearing to June 5, 2025, at 9:30 a.m.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes police reports, crime-scene photographs, 911 recordings, and body-worn-camera footage. The government has provided police reports and some photographs but is still in the process of gathering additional photographs, the 911 recordings, and the body-worn-camera footage.

      b)    Counsel for defendant desires additional time to consult with her client, to review the current charges, to conduct investigation and research related to the charges, to review and copy discovery for this matter, to discus potential resolutions with her client, and to prepare for an evidentiary hearing.

      c)    The government does not object to the continuance.

4. Probation officer Steve Sheehan has told the parties that he does not object to the continuance.

IT IS SO STIPULATED.

Dated: May 12, 2025

MICHELE BECKWITH
Acting United States Attorney

/s/ NICHOLAS M. FOGG
NICHOLAS M. FOGG
Assistant United States Attorney

Dated: May 12, 2025

/s/ NOA OREN
NOA OREN
Counsel for Defendant
D'Antonie THOMAS

## ORDER

IT IS SO FOUND AND ORDERED this 13th day of May, 2025.

_____
Troy L. Nunley
Chief United States District Judge

STIPULATIONS REGARDING CONTINUANCE
OF ADMIT/DENY HEARING

2