| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, SBN #122664 |
| | Federal Defender |
| 2 | NOA E. OREN, SBN #297100 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 801 I Street, 3rd Floor |
| 4 | Sacramento, CA 95814 |
| | Telephone: (916) 498-5700 |
| 5 | Fax: (916) 498-5710 |

Attorneys for Defendant
D'ANTOINE THOMAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00228-TLN |
| Plaintiff, | **STIPULATION AND ORDER TO CONVERT SPECIALLY SET EVIDENTIARY HEARING TO AN ADMISSION HEARING** |
| vs. | |
| D'ANTOINE THOMAS. | Date: July 9, 2025 |
| Defendant. | Time: 9:30 a.m. |
| | Judge: Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED by and between Michele Beckwith, Acting United States Attorney, through Charles Campbell, Assistant United States Attorney, counsel for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Noa Oren, counsel for Defendant D'Antoine Thomas, that the specially set evidentiary hearing scheduled for July 9, 2025 **may be converted to an admission hearing and scheduled on the Courts calendar on July 10, 2025, at 9:30 a.m.**

USPO has no objections to the change and is available for the new date.

///

///

///

///

Respectfully submitted,

Stipulation and Order to Convert Specially Set Evidentiary Hearing to an Admission Hearing       -1-       *U.S. v. D'Antoine Thomas*, 2:21-cr-00228-TLN

|   |   |
|---|---|
|   | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: June 13, 2025 | */s/ Noa E. Oren*<br>NOA E. OREN<br>Assistant Federal Defender<br>Attorneys for Defendant<br>D'ANTOINE THOMAS |
| Date: June 13, 2025 | MICHELE BECKWITH<br>Acting United States Attorney<br><br>*/s/ Charles Campbell*<br>CHARLES CAMPBELL<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |

## ORDER

IT IS HEREBY ORDERED, the Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

**IT IS SO ORDERED.**

Dated: June 13, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE