HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
D'ANTOINE THOMAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>D'ANTOINE THOMAS,<br><br>  Defendant. | Case No.   2:21-cr-00228-TLN<br><br>STIPULATION AND ORDER TO CONTINUE DISPOSITIONAL HEARING<br><br>DATE: August 7, 2025<br>TIME:   9:30 a.m.<br>JUDGE: Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED by and between Kimberly A. Sanchez, Acting United States Attorney, through Charles Campbell, Attorneys for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Noa Oren, Attorney for Defendant D'Antoine Thomas, that the dispositional hearing currently set for August 7, 2025, be continued to **September 4, 2025, at 9:30 a.m** with briefing to be filed by August 28, 2025.

All parties have confirmed their availability on the new proposed date and have no objection to the requested continuance.

////

////

////

////

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: July 23, 2025 | */s/ Noa E. Oren*<br>NOA E. OREN<br>Assistant Federal Defender<br>Attorney for Defendant<br>D'ANTOINE THOMAS |
| Date: July 23, 2025 | KIMBERLY A. SANCHEZ<br>Acting United States Attorney |
|  | */s/ Charles Campbell*<br>CHARLES CAMPBELL<br>Assistant U.S. Attorneys<br>Attorneys for Plaintiff |

THOMAS: Stipulation and Order
to Continue Dispositional Hearing

-2-

# ORDER

IT IS HEREBY ORDERED, the Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

**IT IS SO ORDERED.**

Dated: July 23, 2025

_____
Troy L. Nunley
Chief United States District Judge